PHILIP T. MESHINSKY v. NICHOLS YACHT SALES, INC.

June 9, 1987.

Petition for certification granted.

PHILIP T. MESHINSKY v. GERALD BERTON.

June 9, 1987.

Petition for certification granted.

PHILIP T. MESHINSKY v. NICHOLS YACHT SALES, INC.
AND GERALD BERTON.

June 9, 1987.

Cross-petition for certification denied.

PARENTS FOR STUDENT SAFETY, INC. v. BOARD OF
EDUCATION OF THE MORRIS SCHOOL DISTRICT,
MORRIS COUNTY.

June 9, 1987.

Petition for certification denied.